NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**H.J. LYNESS CONSTRUCTION, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5120

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00129-EJD, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

GRANT ALAN WOLFE, Rinehart, Rishel & Cuckler, Ltd., Columbus, OH, argued for plaintiff-appellant.

ALEXANDER ORLANDO CANIZARES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM; SCOTT F. MCCLEARY, General Services Administration, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>  June 15, 2016  </td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>